966 A.2d 550

Helen BEVILACQUA, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

Feb. 18, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of February, 2009, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**